JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE PROUTY, | CV 18-8567 PA (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| ANDREW SAUL, et al., | |
| Defendants. | |

Pursuant to the Court's June 29, 2020 Order granting Defendant's Motion for Summary Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

IT IS SO ORDERED.

DATED: July 7, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE